STATE OF NEW JERSEY v. EVELYN RICHARDSON.

February 3, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. CHARLES HELTON.

February 3, 1986.

Petition for certification denied.

IN THE MATTER OF THE PETITION FOR REVIEW OF OPINION # 562 OF THE ADVISORY COMMITTEE ON PROFESSIONAL ETHICS.

February 3, 1986.

Petitions for review of the Advisory Committee on Professional Ethics Opinion Number 562, entitled *Expert Witness Secured Through Payment of Contingent Fee: Various Situations,* are granted.

STATE OF NEW JERSEY v. PAUL GIBBONS.

February 7, 1986.

Petition for certification granted. (See 202 *N.J.Super.* 297)